*Notice: This order is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 26-BG-0099**

IN RE CHARLES T. TUCKER, JR.,
                Respondent.
A Suspended Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No. 993515**            **DDN: 2026-D015**

BEFORE:    Deahl and Shanker, Associate Judges, and Thompson, Senior Judge.

### O R D E R
(FILED – July 2, 2026)

On consideration of a certified copy of an order from the Virginia State Bar Disciplinary Board suspending respondent's privilege to practice law for six months by consent; this court's February 26, 2026, order suspending respondent pending this matter's resolution and directing him to show cause why reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel; and it appearing that respondent has not filed a response to the show cause order or his D.C. Bar. R. XI, § 14(g) affidavit, it is

ORDERED that Charles T. Tucker, Jr., is hereby suspended for six months from the practice of law in the District of Columbia. *See In re Sibley*, 990 A.2d 483, 487-88 (D.C. 2010) (explaining that exceptions to the rebuttable presumption in favor of identical reciprocal discipline should be rare). It is

FURTHER ORDERED that, for purposes of reinstatement, respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

### PER CURIAM